# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Charles E. Andersen**

        Appellant

    vs.                      CASE NUMBER: 3:23-cv-957 (DNH)

**Duane H. Bakeman, Jr.,**

        Appellee

**Kimberly L. Bakeman**

        Appelle

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED that August 4, 2023 Order of the Bankruptcy Court is AFFIRMED; Attorney Andersen's appeal is DISMISSED; The motion to unseal documents is DENIED as moot. The Clerk of the Court is directed to close the file.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated January 3, 2024.

DATED: January 4, 2024

                                                                                                      John Domurad

                                                                                                      Clerk of Court

                                                                                                      s/Kathy Rogers
                                                                                                      Deputy Clerk